07- 421

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

ISAIAS R. ORTIZ
Plaintiff

v.

THOMAS CARROLL, WARDEN
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 07- 421

I, ISAIAS R. ORTIZ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUL - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? • •Yes • •No (If "No" go to Question 2)

   If "YES" state the place of your incarceration DE. CORR. CNTR, SMYRNA, DE

   **Inmate Identification Number (Required):** 00480744

   Are you employed at the institution? X Do you receive any payment from the institution? YES

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed? XX Yes • •No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | • • Yes | X• No |
| b. | Rent payments, interest or dividends | • • Yes | X• No |
| c. | Pensions, annuities or life insurance payments | • • Yes | X• No |
| d. | Disability or workers compensation payments | • • Yes | X• No |
| e. | Gifts or inheritances | • • Yes | X• No |
| f. | Any other sources | • • Yes | X• No |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

N/A

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts? • • Yes X • No

If "Yes" state the total amount $ N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

N/A • • Yes • • No

If "Yes" describe the property and state its value.

N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

N/A

I declare under penalty of perjury that the above information is true and correct.

6-26-07 Isaias R. Ortiz
DATE SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

I/M: Isaias R. Ortiz
SBI# 480744 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

USA First-Class
POSTAGE DUE 91

U.S. POSTAGE
PAID
SMYRNA, DE
19977
JUL 02 07
AMOUNT
$0.00
00090439-10
UNITED STATES POSTAL SERVICE
0000
19801

Del. District Court
844 N. King St.
Lockbox 18
Wilmington, DE
19801

U.S.M.S
X-RAY

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com
Label 107R, February 2006

# ***DELAWARE CORRECTIONAL CENTER***
# ***SUPPORT SERVICES OFFICE***
# ***MEMORANDUM***

*TO:* Isaias Ortiz *SBI#:* 480744

*FROM:* *Stacy Shane, Support Services Secretary*

*RE:* ***6 Months Account Statement***

07cv421 UNA

FILED
JUL - 9 2007
RG scan

*DATE:* February 2, 2007

*Attached are copies of your inmate account statement for the months of* August 1, 2006 *to* January 31, 2007

*The following indicates the average daily balances.*

| ***MONTH*** | ***AVERAGE DAILY BALANCE*** |
|---|---|
| Aug | 11.44 |
| Sept | 19.01 |
| Oct | 14.48 |
| Nov | 15.23 |
| Dec | 26.01 |
| Jan | 65.81 |

***Average daily balances/6 months:*** 25.33

*Attachments*
*CC: File*

Stacy Shane
2/2/07

Jeanette Hawley
2/2/07

# Individual Statement
# From August 2006 to December 2006

Date Printed: 2/2/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00480744 | Ortiz | Isaias | R | | Beginning Month Balance: | $0.55 |
| Current Location: S1 | | Comments: | | | Ending Month Balance: | $7.25 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 8/1/2006 | $49.25 | $0.00 | $0.00 | $49.80 | 298507 | | PI 6/24-7/23/06 | |
| Canteen | 8/1/2006 | ($21.79) | $0.00 | $0.00 | $28.01 | 299515 | | | |
| Pay-To | 8/7/2006 | ($5.00) | $0.00 | $0.00 | $23.01 | 302157 | | ECHOES OF JOY | |
| Canteen | 8/15/2006 | ($22.87) | $0.00 | $0.00 | $0.14 | 306349 | | | |
| Misc Wage | 9/1/2006 | $53.23 | $0.00 | $0.00 | $53.37 | 313599 | | PI 7/24-8/23/06 | |
| Canteen | 9/5/2006 | ($29.78) | $0.00 | $0.00 | $23.59 | 314767 | | | |
| Pay-To | 9/8/2006 | ($8.00) | $0.00 | $0.00 | $15.59 | 316801 | | TBN | |
| Canteen | 9/26/2006 | ($14.49) | $0.00 | $0.00 | $1.10 | 324350 | | | |
| Misc Wage | 10/2/2006 | $56.84 | $0.00 | $0.00 | $57.94 | 326308 | | PI 8/24-9/23/06 | |
| Canteen | 10/3/2006 | ($23.46) | $0.00 | $0.00 | $34.48 | 327410 | | | |
| Pay-To | 10/6/2006 | ($11.00) | $0.00 | $0.00 | $23.48 | 329242 | | ECHOES OF JOY | |
| Canteen | 10/10/2006 | ($14.50) | $0.00 | $0.00 | $8.98 | 330051 | | | |
| Visit | 10/18/2006 | $10.00 | $0.00 | $0.00 | $18.98 | 333717 | 0078909-06069 | | H. SANTIAGO |
| Canteen | 10/24/2006 | ($18.12) | $0.00 | $0.00 | $0.86 | 336837 | | | |
| Misc Wage | 11/1/2006 | $37.60 | $0.00 | $0.00 | $38.46 | 339111 | | PI 9/24-10/23/06 | |
| Canteen | 11/8/2006 | ($22.79) | $0.00 | $0.00 | $15.67 | 343595 | | | |
| Pay-To | 11/16/2006 | ($5.00) | $0.00 | $0.00 | $10.67 | 347377 | | TBN | |
| Canteen | 11/21/2006 | ($9.77) | $0.00 | $0.00 | $0.90 | 348637 | | | |
| Misc Wage | 12/1/2006 | $51.69 | $0.00 | $0.00 | $52.59 | 352637 | | PI 10/24-11/23/06 | |
| Canteen | 12/5/2006 | ($13.24) | $0.00 | $0.00 | $39.35 | 353620 | | | |
| Pay-To | 12/8/2006 | ($5.00) | $0.00 | $0.00 | $34.35 | 357218 | | ECHOES OF JOY | |
| Canteen | 12/12/2006 | ($11.34) | $0.00 | $0.00 | $23.01 | 357993 | | | |
| Pay-To | 12/21/2006 | ($5.00) | $0.00 | $0.00 | $18.01 | 362522 | | PASTOR BENNY HIN | |
| Canteen | 12/26/2006 | ($10.76) | $0.00 | $0.00 | $7.25 | 363798 | | | |

**Ending Month Balance: $7.25**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** $0.00

# Individual Statement

Date Printed: 2/2/2007

## For Month of January 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $7.25 |
|---|---|---|---|---|---|---|
| 00480744 | Ortiz | Isaias | R | | | |
| Current Location: | S1 | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/2/2007 | $43.44 | $0.00 | $0.00 | $50.69 | 365994 | | PI 11/24-12/23/2006 | |
| Mail | 1/2/2007 | $50.00 | $0.00 | $0.00 | $100.69 | 366898 | 4961042118 | | C ROBERT |
| Canteen | 1/9/2007 | ($27.29) | $0.00 | $0.00 | $73.40 | 370076 | | | |
| Pay-To | 1/11/2007 | ($5.00) | $0.00 | $0.00 | $68.40 | 371930 | | TBN | |
| Pay-To | 1/11/2007 | ($5.00) | $0.00 | $0.00 | $63.40 | 371931 | | PASTOR BENNY HIN | |
| Canteen | 1/23/2007 | ($16.70) | $0.00 | $0.00 | $46.70 | 375943 | | | |
| | | | | Ending Mth Balance: | $46.70 | | | | |

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** $0.00

I/M: Isaias R. Ortiz
SBI# 480744 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Del. District Court
844 N. King St.
Lockbox 18
Wilmington, DE
19801

U.S.M.S.
X-RAY

