0 7 -  4 2 1

AO 241
(Rev. 12/04)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: DELAWARE | |
|---|---|---|
| Name (under which you were convicted): <br> ISAIAS R. ORTIZ | | Docket or Case No.: |
| Place of Confinement: DEL. CORR. CNTR. <br> 1181 PADDOCK RD. <br> SMYRNA, DE 19977 | Prisoner No.: <br> 00480744 | |

| Petitioner (include the name under which you were convicted) | | Respondent (authorized person having custody of petitioner) |
|---|---|---|
| ISAIAS R. ORTIZ | v. | THOMAS CARROLL, WARDEN |
| The Attorney General of the State of | | |

**PETITION**

FILED

JUL - 3 2007

RG Scan

0 7 -  4 2 1

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    DEL. SUPER., NCCo.
    500 N. KING ST.
    WILMINGTON, DE  19801

    (b) Criminal docket or case number (if you know): No. 0210012072/ No. 0210012080

2.  (a) Date of the judgment of conviction (if you know): Sept. 30, 2003

    (b) Date of sentencing: Dec. 19, 2003

3.  Length of sentence: 60 yrs.

4.  In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    TRAFFIC COC.>100 GR. (20 YRS.) PWITD NSII(20 YRS.)
    TRAFFIC COC.5-50GR. (15YRS) MNTNG VEHICLE (2YRS.)
    MNTNG. DWELLING (1yr) ENDANGER WLFR of CHILD (1YR)
    CONSP 2nd (1YR.)

6.  (a) What was your plea? (Check one)

    ☒ (1)  Not guilty    ☐ (3)  Nolo contendere (no contest)

    ☐ (2)  Guilty         ☐ (4)  Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.  Did you appeal from the judgment of conviction?

☒ Yes    ☐ No

9.  If you did appeal, answer the following:

(a) Name of court: SUPRE COURT OF DELAWARE

(b) Docket or case number (if you know): No. 16, 2004

(c) Result: AFFIRMED

(d) Date of result (if you know): NOV. 16, 2004

(e) Citation to the case (if you know): N/A

(f) Grounds raised: 1) TRIAL JUDGE COMMITTED ERROR BY NOT GRANTING DEF-
ENDANT'S MOTION TO SUPPRESS ALL EVIDENCE SIEZED PURSUANT TO
UNLAWFUL SEARCH & SIEZURE.
2) TRIAL JUDGE ABUSED HIS DISCRETION IN DENYING CONTINUANCE
REQUEST TO ALLOW AN INTERPRTER TO BE PRESENT DURING TRIAL.

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:    N/A

(1) Name of court:    N/A

(2) Docket or case number (if you know):    N/A

(3) Result: N/A

(4) Date of result (if you know):    N/A

AO 241

AO 241
(Rev. 12/04)

    (5) Citation to the case (if you know):   N/A

    (6) Grounds raised:   N/A

    (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☒ No

        If yes, answer the following:

        (1) Docket or case number (if you know):   N/A

        (2) Result:   N/A

        (3) Date of result (if you know):   N/A

        (4) Citation to the case (if you know):   N/A

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

      concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

    (a)   (1) Name of court: DEL. SUPER. CT, NCCo.

         (2) Docket or case number (if you know): No. 0210012072

         (3) Date of filing (if you know): AUG. 22, 2006

         (4) Nature of the proceeding: MOTION FOR POST CONVICTION RELIEF

         (5) Grounds raised:   1) ILLEGAL SEARCH AND SIEZURE

                             2) ABUSE OF DISCRETION IN NOT ALLOWING
                               AN INTERPRETER.

         (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

         ☐ Yes   ☒ No

         (7) Result: MOTION DENIED

         (8) Date of result (if you know):   SEPT. 15, 2006

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:    N/A

    (2) Docket or case number (if you know):

                                     N/A

    (3) Date of filing (if you know):    N/A

    (4) Nature of the proceeding:    N/A

    (5) Grounds raised:  N/A

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❑  Yes    ❑  No    N/A

    (7) Result:    N/A

    (8) Date of result (if you know):    N/A

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:    N/A

    (2) Docket or case number (if you know):    N/A

    (3) Date of filing (if you know):    N/A

    (4) Nature of the proceeding:    N/A

    (5) Grounds raised:    N/A

✎AO 241
(Rev. 12/04)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes    ☐  No        N/A

(7) Result:    N/A

(8) Date of result (if you know):        N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:  ☐ Yes    ☐ No

(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**    ILLEGAL SEARCH AND SIEZURE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Evidence was siezed withou a warrant or probable cause, in
violation of petitioner's Fourth & Fourteenth Amendment rights.

(b) If you did not exhaust your state remedies on Ground One, explain why:

N/A

✎AO 241
(Rev. 12/04)

(c)  **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:
N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒  Yes   ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Rule 61 Motion For Post-Conviction Relief

Name and location of the court where the motion or petition was filed:
NCCO SUPER. CT., 500 N. KING ST., WILMINGTON, DE 19801

Docket or case number (if you know):   No. 0210012072

Date of the court's decision:   SEPT. 15, 2006

Result (attach a copy of the court's opinion or order, if available):

DENIED

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

DEL. SPR. CT., 55 THE GREEN, DOVER, DE 19901

Docket or case number (if you know): No. 539, 2006

Date of the court's decision:  JAN. 25, 2007

Result (attach a copy of the court's opinion or order, if available):

AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

Case 1:07-cv-00421-JJF   Document 2   Filed 07/03/2007   Page 7 of 16

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

N/A

**GROUND TWO:** ABUSE OF DOISCRETION/ TRIAL JUDGE REFUSING AN INTERPRETER

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

PETITIONER WAS FORCED TO PROCEED TO TRIAL W/O INTERPRETER AND
WAS THEREFORE UNABLE TO AID IN HIS DEFENSE.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

N/A

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?         ☒ Yes      ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:

N/A

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  MOTION FOR POST CONVICTION RELIEF

Name and location of the court where the motion or petition was filed:

SUPER. CT.NCCO, 500 N. KING ST., WILMINGTON, DE  19801

Docket or case number (if you know):  No. 0210012072

Date of the court's decision:  SEPT. 15, 2006

Result (attach a copy of the court's opinion or order, if available):    DENIED

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☒ Yes  ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
SUPR. CT. OF DEL., 55 THE GREEN, DOVER, DE 19901

Docket or case number (if you know):  No. 539, 2006

Date of the court's decision:  JAN, 25, 2007

Result (attach a copy of the court's opinion or order, if available):
AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :
have used to exhaust your state remedies on Ground Two

N/A

**GROUND THREE:**    DEFENDANT FILED MOTION FOR POST CONVICTION RELIEF
WITHIN THE TIME LIMIT

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

RULE 61 ALLOWS FOR THREE YEARS IN WHICH TO FILE A MOTION
FOR POST CONVICTION RELIEF. PETITIONER'S MOTION WAS FILED
WELL WITHIN THE TIME FRAME.

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

GROUND THREE IS BASED ON AN INDEPENDENT STATE PROCEDURAL BAR.

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:
ISSUE INVOLVES POST CONVICT-
ION PROCEDURAL BAR THAT WAS NOT AN ISSUE DURING DIRECT APPEAL.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion or petition?    N/A    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    N/A    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):
N/A

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

ISSUE INVOLVED POST CONVICTION PROCEDURAL BAR.

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three:

N/A

**GROUND FOUR:**    PETITIONER FILED A DIRECT APPEAL FOLLOWING SENTENCING

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SUPERIOR COURT WAS IN ERROR TO CLAIM IN ITS SEPT. 15, 2006 ORDER
(p. 3) THAT DEFENDANT CHOSE TO "FOREGO THE DIRECT APPEAL"

(b) If you did not exhaust your state remedies on Ground Four, explain why:

GROUND FOUR IS IN RESPONSE TO SUPERIOR COURT 'S DENIAL OF
POST CONVICTION MOTION

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:    NOT AN ISSUE AT THAT TIME.

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N/A

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(3) Did you receive a hearing on your motion or petition?    N/A    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    N/A    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:    N/A

Name and location of the court where the appeal was filed:    N/A

Docket or case number (if you know):    N/A

Date of the court's decision:    N/A

Result (attach a copy of the court's opinion or order, if available):

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

THIS WAS NOT AN ISSUE AT THAT TIME.

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

N/A

AO 241
(Rev. 12/04)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☒ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    GROUNDS 3 & 4 ARE IN RESPONSE TO SUPREME
COURT'S DECISION OF JAN. 25, 2007

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so,

ground or grounds have not been presented, and state your reasons for not presenting them:

GROUNDS 3 & 4 ARE IN RESPONSE TO DEL. SUPREME
COURT'S DECISION OF JAN. 25, 2007

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.

N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐ Yes    ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

raised.    N/A

AO 241
(Rev. 12/04)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the
        judgment you are challenging:

        (a) At preliminary hearing:

                                    N/A

        (b) At arraignment and plea:     ANTRHONY FIGLIOLA
                                         1813 MARSH RD., STE. A, Wilm. DE     19810

        (c) At trial:          SAME

        (d) At sentencing:          SAME

        (e) On appeal:          SAME

        (f) In any post-conviction proceeding:

                                    pro se

        (g) On appeal from any ruling against you in a post-conviction proceeding:

                                         pro se

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are
        challenging? .          ☐ Yes     ☒ No

        (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

                                    N/A

        (b) Give the date the other sentence was imposed:     N/A
        (c) Give the length of the other sentence:          N/A
        (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
        future?               ☐ Yes     ☐ No     N/A

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
        the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

🖎AO 241
(Rev. 12/04)

Page 16

(2)     The time during which a properly filed application for State post-conviction or other collateral review
        with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
        limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on      6 - 26 - 07  (month, date, year).

Executed (signed) on      6 - 26 - 07  (date).

Isaias R. Ortiz
_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

_____

[insert appropriate court]

* * * * *

INM: Isaias R. Ortiz
SBI# 480244 UNIT: 5-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977







Del. District Court
844 N. King St.
Lockbox 18
Wilmington, DE
19801

U.S.M.S.
X-RAY