D.I. #_____

# CIVIL ACTION
# NUMBER: _____07 CV 421 xxx_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.60 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.40 |

Postmark: RODNEY SQ STA WILMINGTON DE 19801 SEP 30

Sent To: WARDEN TOM CARROLL
Street, Apt. No.: DELAWARE CORRECTIONAL CENTER
or PO Box No.: 1181 PADDOCK RD.
City, State, ZIP+4: SMYRNA, DE 19977

PS Form 3800, August 2006    See Reverse for Instructions

7007 0710 0000 9054 6456

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 SEP 25 PM 3: 34