D.I. # _____

# CIVIL ACTION
# NUMBER: 07 CV 421 xxx

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark: RODNEY SQ STA WILMINGTON 10861 SEP

Sent To: LOREN MEYERS
Street, Apt. No.; or PO Box No.: DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
City, State, ZIP+4: 820 N. FRENCH STREET WILMINGTON, DE 19801

PS Form 3800, August 2006         See Reverse for Instructions

7007 0710 0003 9054 9463

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE
2007 SEP 25 PM 3:34