IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ISAIAS R. ORTIZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-07-421-***(MPT) |
| ) | |
| **ELIZABETH BURRIS,** Acting Warden ) | |
| and **JOSEPH R. BIDEN, III,** Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

ORDER

This __13__ day of __November__, 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before December 21, 2007.

United States ~~District~~ Judge