IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ISAIAS R. ORTIZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civ.Act.No. 07-421-***(MPT) |
| ) | |
| **ELIZABETH BURRIS,** Acting Warden ) | |
| and **JOSEPH R. BIDEN, III**, Attorney ) | |
| General for the State of Delaware ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

**CERTIFIED STATE COURT RECORDS**

1. The petitioner, Isaias R. Ortiz., has applied for federal habeas relief, alleging error in his state court criminal proceedings. D.I. 1. The undersigned filed an answer to the petition on December 21, 2007.

2. By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3. Appeals Division policy is that only the Chief of Appeals may retrieve certified records from the Delaware Supreme Court. Due to the large volume of record retrieval recently required by prosecutors in the appeals division, his own substantial caseload, and illness he has been unable to obtain the certified state court records in order to file them by the required date. The undersigned anticipates obtaining and copying the records on or before February 1, 2008.

      4.     This is respondents' FIRST request for an extension of time to file records.

      5.     Respondents submit that an extension of time to February 1, 2008 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondents submit herewith a proposed order.

                                                      /s/ James T. Wakley
                                                      Deputy Attorney General
                                                      Department of Justice
                                                      820 N. French Street
                                                      Wilmington, DE 19801
                                                      (302) 577-8500
                                                      Del. Bar. ID No. 4612

DATE: December 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on December 26, 2007, I will mail, by United States Postal Service, the same documents to the following non-registered participant:

Isaias R. Ortiz
SBI # 00480744
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

>                                  /s/ James T. Wakley
>                                  Deputy Attorney General
>                                  Department of Justice
>                                  820 N. French Street
>                                  Wilmington, DE 19801
>                                  (302) 577-8500
>                                  Del. Bar. ID No. 4612
>                                  james.wakley@state.de.us

Date:  December 21, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ISAIAS R. ORTIZ,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 07-421-***(MPT) |
| | ) | |
| **ELIZABETH BURRIS,** Acting Warden and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware | ) ) ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and,

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records related to this matter shall be filed on or before February 1, 2008.

_____
United States District Judge