## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ISAIAS R. ORTIZ,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 07-421-JJF |
| | ) |
| **PERRY PHELPS**, Acting Warden | ) |
| and **JOSEPH R. BIDEN III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Del. Super. Ct. Crim. Dkt. No. 0210012072

b. Appellant's Opening Brief and Appendix  (16, 2004)

c. State's Answering Brief (16, 2004)

d. Appellant's Reply Brief (16, 2004)

e. November 16, 2004 Order(16, 2004)

f. Appellant's Opening Brief (539, 2006)

g. State's Motion to Affirm (539, 2006)

h. January 25, 2007 Order (539, 2006)

                                                              <u>/s/ James T. Wakley</u>
                                                              Deputy Attorney General
                                                              Department of Justice
                                                              820 N. French Street
                                                              Wilmington, DE 19801
                                                              (302) 577-8500
DATE: February 28, 2008                                     Del. Bar. ID No. 4612

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on February 29, 2008, I will mail, by United States Postal Service, the same documents to the following non-registered participant:

Isaias R. Ortiz
SBI # 00480744
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612
james.wakley@state.de.us

Date:  February 29, 2008